IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNIVERSITY OF DELAWARE, a Delaware corporation, ET AL. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOWARD GAMPER, ET AL. | : | NO. 02-3224 |

### **ORDER**

AND NOW, this          day of June, 2002, it is **ORDERED** that upon review of plaintiffs' complaint, the management track of this case shall be changed from "SPECIAL" to "STANDARD." The Clerk shall modify the docket accordingly.

                                                                                                               _____
                                                                                                                                                           S.J.