**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| THE UNIVERSITY OF DELAWARE,<br>a Delaware corporation, and<br>NAPRO BIOTHERAPEUTICS, INC.,<br>a Delaware corporation, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil Action No. 02cv3224 |
| | : | |
| HOWARD GAMPER, an individual,<br>ALAN M. GEWIRTZ, an individual, and<br>THE TRUSTEES OF THE UNIVERSITY<br>OF PENNSYLVANIA, a Pennsylvania<br>Corporation, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| Defendants. | : | |

**ENTRY OF APPEARANCE**

TO THE CLERK:

Please enter the appearance of Charles R. Bruton, C. Randolph Ross and Mariam

Koohdary of the law firm of Buchanan Ingersoll Professional Corporation on behalf of

defendants, the University of Pennsylvania and Alan M. Gewirtz, M.D., in the above-captioned action.

BUCHANAN INGERSOLL
PROFESSIONAL CORPORATION


Dated:  September 30, 2002          BY:_____
                                   Charles R. Bruton (PA I.D. No. 18834)
                                   C. Randolph Ross (PA I.D. No. 84338)
                                   Mariam Koohdary (PA I.D. No. 85222)
                                   11 Penn Center, 14th Floor
                                   1835 Market Street
                                   Philadelphia, PA 19103
                                   Telephone: (215) 665-8700
                                   Facsimile: (215) 665-8760

                                   Attorneys for Defendant
                                   The University of Pennsylvania and
                                   Alan M. Gewirtz, M.D.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 30th day of September, 2002, the attached Entry of

Appearance was served upon the below-named counsel of record at the address and in the

manner indicated:

H. Robert Fiebach, Esquire                          <u>HAND DELIVERY</u>
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103-3508

Lindley J. Brenza, Esquire                          <u>VIA FEDERAL EXPRESS</u>
Bartlit Beck Herman Palenchar & Scott
1899 Wynkoop Street, 8th Floor
Denver, CO  80202


_____
Mariam Koohdary