IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNIVERSITY OF DELAWARE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOWARD GAMPER, et al. | : | NO. 02-3224 |

## **ORDER**

AND NOW, this 12TH day of February, 2003, upon consideration of a letter request from counsel for defendants Gerwirtz and the Trustees of the University of Pennsylvania, dated February 11, 2003, made on behalf of all parties, it is **ORDERED** that the Fed.R.Civ.P. 16 conference previously noticed for February 20, 2003 is **CONTINUED** to March 17, 2003 at **2:00 p.m.**

ATTEST:                                                  or         BY THE COURT:

**By:**_____          /s/ Norma L. Shapiro, J.
    Madeline F. Ward, Deputy Clerk                                                                                    J.

Case 2:02-cv-03224     Document 12     Filed 02/12/2003     Page 2 of 2