IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THE UNIVERSITY OF DELAWARE, a Delaware corporation, and NAPRO BIOTHERAPEUTICS, INC., a Delaware corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOWARD GAMPER, an individual, ALAN M. GEWIRTZ, an individual, and THE TRUSTEES OF THE UNIVERSITY OF PENNSYLVANIA, a Pennsylvania corporation,<br><br>　　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: Civil Action No. 02cv3224<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

**STIPULATION FOR A VOLUNTARY DISMISSAL**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all parties hereby voluntarily dismiss all of their claims and counterclaims without prejudice to the right of any party to file an action against any other party relating to or pertaining to the facts or claims alleged and at issue in this action, provided that any such new action shall be filed in accordance with the terms of the attached Agreement and shall be filed no earlier than June 17, 2003, and further provided that nothing herein shall constitute a waiver of any claim or defense that may now exist or that may arise in the future. The parties shall bear their own costs and attorneys fees.

2

Executed this 17th day of March, 2003:

| COZEN O'CONNOR | BUCHANAN INGERSOLL, P.C. |
|---|---|
| _____ | _____ |
| H. Robert Fiebach | Charles R. Bruton (I.D. #18834) |
| Lillian E. Benedict | Mariam Koohdary (I.D. #85222) |
| 1900 Market Street | Eleven Penn Center, 14th Floor |
| Philadelphia, PA  19103 | 1835 Market Street |
| (215) 665-4166 | Philadelphia, PA  19103-2985 |
|  | (215) 665-3850 |
|  |  |
| Lindley J. Brenza | *Attorneys for the Trustees of* |
| BARTLIT BECK HERMAN | *the University of Pennsylvania and* |
|   PALENCHAR & SCOTT | *Alan M. Gewirtz* |
| 1899 Wynkoup Street, 8th Floor |  |
| Denver CO 80202 |  |
|  |  |
| *Attorneys for the University of Delaware* |  |
| *and NaPro BioTherapeutics, Inc.* |  |

ECKERT SEAMANS CHERIN
  & MELLOTT, LLC


_____
Stephen M. Foxman
1515 Market Street, 9th Floor
Philadelphia, PA  19102
 (215) 851-8422

*Attorneys for Defendant Howard Gamper*