IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE UNIVERSITY OF DELAWARE, et al. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HOWARD GAMPER, et. al | : | NO. 02-3224 |

**ORDER**

AND NOW, this _____ day of March, 2003, upon consideration of a stipulation for voluntary dismissal entered into by the parties and filed on March 17, 2003, it is **ORDERED** that the Clerk of Court shall mark this case **CLOSED**.

_____
J.